# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| GEORGE MOORE on behalf of himself and others similarly situated,  :<br>:<br>:<br>Plaintiff,  :<br>:<br>v.  :<br>:<br>CLEAR LINK TECHNOLOGIES, LLC and JOHN DOE CORPORATION d/b/a HEALTH CARE SOLUTIONS  :<br>:<br>:<br>Defendants.  :<br>:<br>_____ / | Case No. 1:20-cv-3120 |

## NOTICE OF SETTLEMENT

The Plaintiff George Moore file this notice to advise the Court that the parties have tentatively reached a settlement in this matter and the Plaintiff intends to file a Notice of Dismissal by September 25, 2020.

                                                                                      PLAINTIFF,
                                                                                      By his attorneys

                                                                                      */s/ Anthony I. Paronich*
                                                                                      Anthony I. Paronich
                                                                                      Paronich Law, P.C.
                                                                                      350 Lincoln Street, Suite 2400
                                                                                      Hingham, MA 02043
                                                                                      (508) 221-1510
                                                                                      anthony@paronichlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system.

/s/ *Anthony I. Paronich*
Anthony I. Paronich